IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JARON BRIGNAC

       Plaintiff,                    No. CIV S-04-0914 LKK   CMK

    vs.

J.S. WOODFORD, et al.,

       Defendants.             <u>FINDINGS & RECOMMENDATIONS</u>

_____/

       Plaintiff, a state prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Currently before the court is plaintiff's May 12, 2005 request to voluntarily dismiss this action.

       Based on the foregoing, the undersigned recommends that:

       1.  Plaintiff's request to dismiss this action be granted and;

       2.  Plaintiff's action be dismissed without prejudice.

       These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within ten days after being served with these findings and recommendations, plaintiff may file written objections with the court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified

1

1  time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153
2  (9th Cir. 1991).
3  DATED:  May 18, 2005.

                                                **CRAIG M. KELLISON**
                                                UNITED STATES MAGISTRATE JUDGE